# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | |
|---|---|
| ZACHARY D. LEONARD, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:25-CV-00010-O |
| § | |
| CITY OF BURKBURNETT, TEXAS, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's 42 U.S.C. § 1983 claims are **DISMISSED with prejudice**.

2. Plaintiff's state law claims are **REMANDED** back to 30th District Court of Wichita County, Texas.

3. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **5th day** of **November, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**